UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRUNS NUTRITION, INC., Plaintiff, v. IT GIRL WELLNESS LLC D/B/A IT GIRL VITAMINS ET AL, et al., Defendants. | Case No. 26-cv-00288-JD **ORDER TO SHOW CAUSE** |

Neither counsel for plaintiff Grüns Nutrition, Inc., nor counsel for defendant It Girl Wellness LLC, appeared as directed at the case management conference. The absences were unexcused. Each counsel will show cause by September 11, 2026, why sanctions should not be imposed. Counsel for Grüns will also show cause why the case should not be dismissed for failure to prosecute. Fed. R. Civ. P. 41(b).

It Girl Wellness is advised that, as a corporation, it may appear only through an attorney. *See* Civ. L. R. 3-9(b); *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 200-01 (1993). It may not appear through, or be represented by, a person acting pro se. *See Global eBusiness Services, Inc. v. Interactive Brokers LLC*, Case No. 16-cv-01264-JD, Dkt. No. 30 (Jan. 9, 2017).

**IT IS SO ORDERED.**

Dated: August 25, 2026

JAMES DONATO
United States District Judge